**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAIME ALBERTO MARTINEZ AGUILAR,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 26-cv-6045-BAS-JAC

**ORDER GRANTING PETITION (ECF No. 1)**

Petitioner Jaime Alberto Martinez Aguilar filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, claiming he was improperly detained without an administrative warrant. (ECF No. 1.) The Court set an evidentiary hearing. (ECF No. 6.) On November 10, 2026, the Government filed an Amended Response. (ECF No. 7.) "The Government does not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the Government's discretion." (*Id.*) Petitioner filed an Amended Reply, opposing any additional conditions of supervision. (ECF No. 8.) Accordingly, the Court **GRANTS** the Petition (ECF No. 1) and issues the following writ:

The Court **ORDERS** that Jaime Alberto Martinez Aguilar (A# 221-404-699) be released from immigration custody forthwith. Respondents are not to add additional conditions to Petitioner's release.

Further, the Court **VACATES** the evidentiary hearing scheduled for November 20, 2026. (ECF No. 6.) Finally, the Clerk of Court shall enter judgment and close the case.

**IT IS SO ORDERED.**

**DATED: November 18, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**